# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN MANUCHARYAN, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company; and DOES 1 to 25, inclusive,<br><br>Defendants. | Case No. 2:19-cv-03230 AB (AGRx)<br>[Filed: February 20, 2019]<br>[Removed: April 24, 2019]<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>DISCOVERY CUT-OFF: 04/23/20<br>MOTION CUT-OFF: 05/15/20<br>TRIAL DATE: 06/23/20 |

Having reviewed the Parties' Stipulation for Dismissal (Dkt. No. 17), the Court hereby **DISMISSES** the above-captioned action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: April 14, 2020

_____
Honorable André Birotte Jr.
JUDGE OF THE UNITED STATES
DISTRICT COURT